UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JARVIS BROWN** | **CIVIL ACTION NO. 19-1004** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **JAMES M. LEBLANC, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Jarvis Brown's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

IT IS FURTHER ORDERED that Plaintiff's motion for appointed counsel, [doc. # 3], is **DENIED AS MOOT**.

SHREVEPORT, LOUISIANA, this 12th day of January, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE